UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

CRIMINAL ACTION NO. 01-81

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

VS.                                                          **ORDER**

JEREMY RIDENER                                                                                                  DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #47] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)   the Magistrate Judge's Report and Recommendation [DE #47] is ADOPTED as and for the opinion of the Court;

(2)   the Defendant will be sentenced on **September 1, 2005 at 11:00 a.m.** in London, Kentucky.

This the 15th day of August, 2005.



**Signed By:**

*Karen K. Caldwell*   KKC

**United States District Judge**